UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.: 1:18-cr-00130-JPH-TAB |
| AARON WEST, | ) ) | - 01 |
| Defendant. | ) ) | |

### REPORT AND RECOMMENDATION

On February 16, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 31, 2023. Defendant, Aaron West appeared in person with his CJA appointed counsel Jane Ruenmele. The government appeared by Abhishek Kambli, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Felicia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted to violation number 1, as modified. [Dkt. No. 73.] Government orally moved to withdraw the remaining violations 2, 3, 4 and 5, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** <br><br> On January 4, 2023, Mr. West was charged with Count 1, Auto Theft (Level 6 Felony) and Counts 2 and 3, Theft (Level 6 Felony), in Hendricks County, Indiana, under docket number 32D05-2301-F6-000015. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The Defendant argued for a sentence of 21 months' imprisonment followed by the remaining supervision under Defendant's state case.

6. The Government argued for a sentence of 21 months' imprisonment followed by 6-12 months' supervision.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months' imprisonment followed by 12 months' supervised release.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/17/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system