UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00130-JPH-TAB |
| AARON WEST, | ) ) -01 |
| Defendant. | ) ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim Baker's Report and Recommendation and all findings therein, dkt. [80]. The Court now **ORDERS** that Aaron West's supervised release is therefore **REVOKED**, dkt. [72], and Mr. West is sentenced to the custody of the Attorney General or his designee for imprisonment of 21 months followed by 12 months' supervised release.

**SO ORDERED.**

Date: 2/23/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal