UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>AARON WEST, )<br>      Defendant. ) | CAUSE NO. 1:18-cr-00130-JPH-TAB<br><br>- 01 |

**REPORT AND RECOMMENDATION**

On October 7, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on March 27, 2025, and an order granting Petition on April 6, 2025, and a Supplemental Petition filed on April 28, 2025, and an order granting the Supplemental Petition on April 29, 2025. [Filing Nos. 96, 97, 100, 101.] Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by Patrick Gibson, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant admitted to violation numbered 4, as amended. Government orally moved to withdraw the remaining violations numbered 1, 2 and 3, which motion was granted by the Court. [Filing Nos. 96, 97, 100, 101.]

    3.    The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **"You shall not commit another federal, state, or local crime."** |

On April 17, 2025, Mr. West was arrested by the Henderson County, North Carolina, Sheriff's Office, for felony counts of Flee/Elude Arrest with Motor Vehicle; Possession of Stolen Motor Vehicle under cause 25CR286242-440.

According to the arrest report, Mr. West was driving a stolen vehicle that was involved in a high pursuit chase with law enforcement. Law enforcement was able to stop Mr. West's vehicle with spike strips.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months imprisonment.

5. The parties jointly recommended a sentence of 22 months imprisonment with no supervised release to follow. Defendant requested placement at Federal Correctional Complex, in Butner, North Carolina at the lowest security class defendant qualifies.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 22 months imprisonment with no supervised release to follow. The Magistrate Judge makes a recommendation of placement at Federal Correctional Complex, in Butner, North Carolina at the lowest security class defendant qualifies.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 10/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system