UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00130-JPH-TAB |
| AARON WEST, | ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim A. Baker's Report and Recommendation and all findings therein, dkt. [110]. The Court now **ORDERS** that Aaron West's supervised release is therefore **REVOKED**, dkts. [96] and [100], and Mr. West is sentenced to the custody of the Attorney General or his designee for imprisonment of 22 months with no federal supervision to follow. The Court recommends placement at Federal Correctional Complex, in Butner, North Carolina at the lowest security class defendant qualifies. Violations numbers 1, 2, and 3 are **DISMISSED**.

**SO ORDERED.**

Date: 10/9/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C

Case 1:18-cr-00130-JPH-TAB     Document 113     Filed 10/09/25     Page 2 of 2 PageID #: 541